IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM SHARROCK,** | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-CV-4315** |
| | : | |
| **MIDLAND CREDIT** | : | |
| **MANAGEMENT, INC.,** | : | |
| *Defendant.* | : | |

## ORDER

AND NOW, this 18th day of December, 2023, upon consideration of Plaintiff William Sharrock's Motion To Proceed *In Forma Pauperis* (ECF No. 1), and Complaint (ECF No. 2) it is **ORDERED** as follows:

1. Mr. Sharrock's Motion To Proceed *In Forma Pauperis* (ECF No. 1) is **GRANTED**; *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed;

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for the reasons stated in the Court's Memorandum;

4. On or before January 12, 2024, Mr. Sharrock may file an amended complaint. Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and shall state the basis for Sharrock's claims against each defendant. The amended complaint shall be a complete document that does not rely on the initial

Complaint or other papers filed in this case to state a claim. When drafting his amended complaint, Mr. Sharrock must mind the reasons I gave for dismissing the claims in his initial Complaint. Upon the filing of an amended complaint, the Clerk shall not make service until I so order;

5. The Clerk of Court shall send Mr. Sharrock a blank copy of this Court's current standard form to be used by a self-represented litigant filing a civil action bearing the above-captioned civil action number. Mr. Sharrock may use this form to file his amended complaint if he chooses to do so.

6. If Mr. Sharrock does not wish to amend his Complaint and instead intends to stand on his Complaint as originally pled, then on or before January 12, 2024, he may file a notice with the Court stating that intent, at which time I will issue a final order dismissing the case. Any such notice should be titled "Notice to Stand on Complaint," and shall include the civil action number for this case;

7. If Mr. Sharrock fails to file any response to this Order, I will conclude that Sharrock intends to stand on his Complaint and will issue a final order dismissing this case.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**